# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

ERIC BABLE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: 2:16-cv-68

(Case No. 2:13-cr-29)

## O R D E R

This matter is before the Court on Movant Eric Bable's ("Bable") Motion to Hold Ruling in Abeyance. (Doc. 5.) Bable seeks to have his 28 U.S.C. § 2255 proceedings held in abeyance pending the United States Supreme Court's decision in Beckles v. United States, No. 15-8544, 136 S. Ct. 2510 (June 27, 2016) (granting certiorari), as to whether the decision in Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (June 26, 2015), applies to the Sentencing Guidelines' definition of "crime of violence". Bable notes Eleventh Circuit Court of Appeals' precedent currently forecloses his claims, but the decision in Beckles may abrogate that existing Eleventh Circuit precedent. (Id. at pp. 2–3.)

Upon consideration, the Court **GRANTS** Bable's Motion. Therefore, it is hereby **ORDERED** that all proceedings in Case Number 2:16-cv-68 are **STAYED** until the Supreme Court issues a decision in the Beckles case. The Government shall file a Revised Response to Bable's Section 2255 Motion within twenty-one (21) days of the Supreme Court's issuance of an

opinion in Beckles. Bable may file a Reply to the Government's Revised Response within twenty-one (21) days of the Government's Revised Response.

**SO ORDERED**, this 6th day of September, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA